NO. 07-06-0310-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 16, 2006

_____

NESHA LITTLE, INDIVIDUALLY AND AS REPRESENTATIVE OF
THE ESTATE OF EARNEST LEE LITTLE, DECEASED AND AS NEXT
FRIEND OF VALENCIA ELISE LITTLE, A MINOR;
AND KENARDIS TORNELL LITTLE, APPELLANTS

V.

RICHARD B. MENDELSSOHN, M.D., TIMOTHY I. OSONMA, M.D.,
EMANON, P.A., AND INPATIENT CONSULTANTS OF TEXAS, PLLC,  APPELLEES

_____

FROM THE 288th DISTRICT COURT OF BEXAR COUNTY;

NO. 2003-CI-13262; HONORABLE LORI MASSEY, JUDGE

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On July 18, 2006, appellants filed a Motion to Dismiss Appeal.  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith. TEX. R. APP. P. 42.1.

James T. Campbell
Justice